### BALDWIN vs. TAYLOR.

Damages given for a frivolous appeal.

APPEAL from the court of the sixth district.

PORTER, J. delivered the opinion of the court. This case has been brought up by the appellee, who requires that the judgment should be affirmed with damages. An inspection of the record convinces us that it was taken solely for the purpose of delay.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed, with ten per centum damages for the delay.

Baldwin for the plaintiff, Johnston for the defendant.